**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION**

MAURICE DOYLE, on behalf of himself and all
others similarly situated,

       Plaintiffs,

v.

GMAC MORTGAGE, LLC,

       Defendants.

_____

Case No. 11-12321-TLL-CEB

Hon. Thomas L. Ludington
Mag. Charles E. Binder

| | |
|---|---|
| Marc L. Newman (P51393) | Laura C. Baucus (P56932) |
| Courtney B. Ciullo (P71949) | Michael J. Blalock (P68969) |
| Casey A. Fry (P72332) | Attorneys for Defendant |
| **THE MILLER LAW FIRM, PC** | **DYKEMA GOSSETT PLLC** |
| Attorneys for Plaintiff | 39577 Woodward Avenue, Suite 300 |
| 950 West University Drive, Suite 300 | Bloomfield Hills, MI  48304 |
| Rochester, MI  48307 | Tel:  (248) 203-0796/(248) 203-0566 |
| Tel:  (248) 841-2200 | Fax:  (248) 203-0763 |
| Fax:  (248) 652-2852 | lbaucus@dykema.com |
| mln@millerlawpc.com | mblalock@dykema.com |

**STIPULATED ORDER EXTENDING TIME TO FILE
REPLY BRIEF IN SUPPORT OF MOTION TO CONSOLIDATE AND EXTENDING
<u>DEFENDANT'S TIME FOR FILING ITS FIRST RESPONSIVE PLEADING</u>**

**WHEREAS**, on June 24, 2011, Defendant GMAC Mortgage, LLC filed a Response to Plaintiff's Motion to Consolidate and to Appoint Lead Counsel in *Doyle v. GMAC Mortgage, LLC,* case no. 11-cv-12321 [docket no. 22], and the parties having stipulated to the following:

**IT IS HEREBY ORDERED** that Plaintiff Doyle's reply to the June 24, 2011 Response to the Motion to Consolidate and to Appoint Co-Lead Counsel and Executive Committee is due and shall be filed on or before Monday, August 22, 2011.

**IT IS FURTHER ORDERED** that Defendant GMAC Mortgage, LLC's first responsive pleading to Plaintiff's Complaint shall be due 30 days after this Court enters an order concerning Defendant's Motion to Stay Proceedings [docket no. 29].

s/Thomas L. Ludington  
THOMAS L. LUDINGTON  
United States District Judge

Dated: August 9, 2011

**STIPULATED:**

| | |
|---|---|
| By: /s/ Marc L. Newman | By: /s/ Laura C. Baucus (w/consent) |
| Marc L. Newman (P51393) | Laura C. Baucus (P56932) |
| Courtney B. Ciullo (P71949) | Michael J. Blalock (P68969) |
| Casey A. Fry (P72332) | Attorneys for Defendant |
| **THE MILLER LAW FIRM, PC** | **DYKEMA GOSSETT PLLC** |
| Attorneys for Plaintiff | 39577 Woodward Avenue, Suite 300 |
| 950 West University Drive, Suite 300 | Bloomfield Hills, MI 48304 |
| Rochester, MI 48307 | Tel: (248) 203-0796/(248) 203-0566 |
| Tel: (248) 841-2200 | Fax: (248) 203-0763 |
| Fax: (248) 652-2852 | lbaucus@dykema.com |
| mln@millerlawpc.com | mblalock@dykema.com |

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 9, 2011.

s/Tracy A. Jacobs  
TRACY A. JACOBS
